1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    S. Y.,                                    Case No.  26-cv-00240-SK

8              Plaintiff,

9         v.                                   ***SUA SPONTE* JUDICIAL REFERRAL
                                               FOR PURPOSE OF DETERMINING
10   UNITED STATES OF AMERICA                  RELATIONSHIP**
     (FEDERAL BUREAU OF PRISONS), et
11   al.,

12            Defendants.

13

          Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to

14   the Honorable Yvonne Gonzalez Rogers for consideration of whether *S.Y. v. United States of*

15   *America (Federal Bureau of Prisons), et al.*, No. 26-cv-00240-SK is related to *A.L. v. United*

16   *States of America et al.*, No. 24-cv-06580-YGR.

17        **IT IS SO ORDERED**.

18   Dated: January 9, 2026

19                                             

20                                             SALLIE KIM
                                               United States Magistrate Judge
21

22

23

24

25

26

27

28

United States District Court
Northern District of California